UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Itself, and All Others Similarly Situated,

                 Plaintiff,

vs.

DAN R. HESSE, JOSEPH J. EUTENEUR, ROBERT H. BRUST, PAUL N. SALEH, JAMES H. HANCE, JR., ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY C. GLASSCOCK, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI, and RODNEY O'NEAL,

                 Defendants,

–and–

SPRINT NEXTEL CORP.,

                 Nominal Defendant.

Civ. No. 12-4017(ALC)(JCF)

---

## AFFIRMATION OF SERVICE

I, ROBERT KIRBY, an attorney duly admitted to practice law before the Courts of the State of New York and this Court, hereby affirm under penalty of perjury that on May 21, 2012, I caused to be served the Notice of Removal in this action, dated May 21, 2012, together with the exhibit described therein, on the plaintiff as follows:

1.     I mailed by first class mail true and correct copies of same to all counsel that have appeared on behalf of plaintiff in New York Supreme Court, New York County in the removed action captioned *Louisiana Municipal Police Employees' Retirement System v. Hesse, et al.*, Index No. 651436/2012 (the "Removed Action"):

Roy L. Jacobs, Esq.
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, New York 10165

Jeffrey C. Block, Esq.
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, Massachusetts 02110

Laurence Paskowitz, Esq.
THE PASKOWITZ LAW FIRM, P.C.
60 East 43nd Street, 46th Floor
New York, New York 10165

by depositing the same in a United States Post Office depository maintained at 30 Rockefeller Plaza, New York, New York, securely enclosed in a postpaid wrapper addressed to plaintiff's counsel at each of the addresses listed above; and

2. I caused to be filed electronically via NYSECF a true and correct copy of same with the Clerk of the New York Supreme Court, New York County in the Removed Action.

Dated: May 21, 2012
New York, New York

_____
Robert Kirby