UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Louisiana Municipal Police Employees'
Retirement System,

     Plaintiff(s).

  -against-

Dan R. Hesse, et al.,

     Defendant(s).
-------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

12-CV-4017 (ALC)(JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-24-12

This above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non dispositive pretrial motions and settlement)

____ Specific Non-Dispositive Motion/Dispute*

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636 (c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose _____

____ Habeas Corpus

____ Social Security

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral _____

____ Settlement

____ Inquest After Default/Damages Hearing

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

__ Particular Motion: Motion for Default Judgment
All such motions: _____

* Do not check if already referred for general pretrial.
**SO ORDERED.**

DATED: 5/24/12  New York, New York

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE