

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LOUISIANA MUNICIPAL POLICE
EMPLOYEES' RETIREMENT SYSTEM,
Derivatively on Behalf of Itself, and All Others
Similarly Situated,

          Plaintiff,

v.

DAN R. HESSE, JOSEPH J. EUTENEUR,
ROBERT H. BRUST, PAUL N. SALEH,
JAMES H. HANCE, JR., ROBERT R.
BENNETT, GORDON M. BETHUNE,
LARRY C. GLASSCOCK, V. JANET HILL,
FRANK IANNA, SVEN-CHRISTER
NILSSON, WILLIAM R. NUTI, and
RODNEY O'NEAL,

          Defendants,

          -and-

SPRINT NEXTEL CORP.,

          Nominal Defendant.

Case No. _____

**RULE 7.1 STATEMENT**

---

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sprint Nextel Corporation (all private non-governmental parties) hereby certifies that there are no publicly held corporate parents, affiliates and/or subsidiaries of said parties. Defendant Sprint Nextel Corporation is a publicly traded corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

_____
E. Leo Milonas
David G. Keyko
1540 Broadway
New York, NY 10036
(212) 858-1615
(212) 858-1500 (facsimile)

*Of counsel:*
WILLIAMS & CONNOLLY LLP
Dane H. Butswinkas
David S. Blatt
Kenneth J. Brown
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (facsimile)

*Attorneys for Nominal Defendant*
*Sprint Nextel Corporation*

Dated:  May 21, 2012