UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Itself, and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DAN R. HESSE, JOSEPH J. EUTENEUR, ROBERT H. BRUST, PAUL N. SALEH, JAMES H. HANCE, JR., ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY C. GLASSCOCK, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI, and RODNEY O'NEAL,<br><br>    Defendants,<br><br>  -and-<br><br>SPRINT NEXTEL CORP.,<br><br>    Nominal Defendant. | Civil Action No. 1:12-cv-04017-ALC-JCF<br><br>ECF Case Electronically filed |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, David S. Blatt, hereby move this Court for an Order for admission to practice pro hac vice to appear as counsel for Defendant Sprint Nextel Corporation in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

*David S. Blatt* (signature)

David S. Blatt
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: dblatt@wc.com

Dated: June 12, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Itself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DAN R. HESSE, JOSEPH J. EUTENEUR, ROBERT H. BRUST, PAUL N. SALEH, JAMES H. HANCE, JR., ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY C. GLASSCOCK, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI, and RODNEY O'NEAL,<br><br>Defendants,<br><br>-and-<br><br>SPRINT NEXTEL CORP.,<br><br>Nominal Defendant. | Civil Action No. 1:12-cv-04017-ALC-JCF<br><br>ECF Case Electronically filed |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of David S. Blatt, for admission to practice pro hac vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

David S. Blatt
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000

Facsimile: (202) 434-5029
E-Mail: dblatt@wc.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Sprint Nextel Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filling (ECF) system, counsel shall immediately apply for an ECF password.

Dated: June ___, 2012

_____
U. S. D. J.



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**DAVID  S.  BLATT**

was on the  1ST  day of  JUNE, 1992

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 1, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 2012, I caused the foregoing Motion for Admission Pro Hac Vice together with the papers upon which it is based to be served upon counsel for the parties by first class mail as follows:

Roy L. Jacobs, Esq.
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, New York  10165

Jeffrey C. Block, Esq.
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, Massachusetts  02110

Laurence Paskowitz, Esq.
THE PASKOWITZ LAW FIRM, P.C.
60 East 42nd Street, 46th Floor
New York, New York  10165

*/s/ Robert T. Westrom*
Robert T. Westrom

501020927v1