UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Itself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DAN R. HESSE, JOSEPH J. EUTENEUR, ROBERT H. BRUST, PAUL N. SALEH, JAMES H. HANCE, JR., ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY C. GLASSCOCK, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI, and RODNEY O'NEAL,<br><br>Defendants,<br><br>-and-<br><br>SPRINT NEXTEL CORP.,<br><br>Nominal Defendant. | Civil Action No. 1:12-cv-04017-ALC-JCF<br><br>ECF Case Electronically filed |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Adam D. Harber, hereby move this Court for an Order for admission to practice pro hac vice to appear as counsel for Defendant Sprint Nextel Corporation in the above-captioned action.

I am in good standing of the bars of the State of New York and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

*[signature]*

Adam D. Harber
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: aharber@wc.com

Dated: June 12, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Itself, and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>DAN R. HESSE, JOSEPH J. EUTENEUR, ROBERT H. BRUST, PAUL N. SALEH, JAMES H. HANCE, JR., ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY C. GLASSCOCK, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI, and RODNEY O'NEAL,<br><br>           Defendants,<br><br>-and-<br><br>SPRINT NEXTEL CORP.,<br><br>           Nominal Defendant. | Civil Action No. 1:12-cv-04017-ALC-JCF<br><br>ECF Case Electronically filed |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Adam D. Harber, for admission to practice pro hac vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia; and that his contact information is as follows:

    Adam D. Harber
    Williams & Connolly LLP
    725 Twelfth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 434-5000

      Facsimile: (202) 434-5029
      E-Mail: aharber@wc.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Sprint Nextel Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filling (ECF) system, counsel shall immediately apply for an ECF password.

Dated: June ___, 2012

                                                                         U. S. D. J.



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D.C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

                              ADAM   HARBER

was on the    11TH    day of    JANUARY, 2008

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 31, 2012.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
>                Deputy Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Adam Daniel Harber

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **19th day of April, 2007**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **5th day of June, 2012**.



*Robert D. Mayberger*
Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 2012, I caused the foregoing Motion for Admission Pro Hac Vice together with the papers upon which it is based to be served upon counsel for the parties by first class mail as follows:

Roy L. Jacobs, Esq.
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, New York  10165

Jeffrey C. Block, Esq.
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, Massachusetts  02110

Laurence Paskowitz, Esq.
THE PASKOWITZ LAW FIRM, P.C.
60 East 42nd Street, 46th Floor
New York, New York  10165

_/s/ Robert T. Westrom_
Robert T. Westrom

501020927v1