UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/12
```

LOUISIANA MUNICIPAL POLICE
EMPLOYEES' RETIREMENT SYSTEM,
Derivatively on Behalf of Itself, and All Others
Similarly Situated,

                Plaintiff,

v.

DAN R. HESSE, JOSEPH J. EUTENEUR,
ROBERT H. BRUST, PAUL N. SALEH,
JAMES H. HANCE, JR., ROBERT R.
BENNETT, GORDON M. BETHUNE,
LARRY C. GLASSCOCK, V. JANET HILL,
FRANK IANNA, SVEN-CHRISTER
NILSSON, WILLIAM R. NUTI, and
RODNEY O'NEAL,

                Defendants,

                -and-

SPRINT NEXTEL CORP.,

                Nominal Defendant.

Civil Action No. 1:12-cv-04017-ALC-JCF

ECF Case Electronically filed

## ORDER FOR ADMISSION PRO HAC VICE

    The motion of Kenneth J. Brown, for admission to practice pro hac vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia; and that his contact information is as follows:

        Kenneth J. Brown
        Williams & Connolly LLP
        725 Twelfth Street, N.W.

Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: kbrown@wc.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Sprint Nextel Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password. *Counsel shall promptly remit the pro hac vice admission fee.*

Dated: June 14, 2012

James C. Francis IV
U.S.M.J.

2