UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Itself, and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DAN R. HESSE, JOSEPH J. EUTENEUR, ROBERT H. BRUST, PAUL N. SALEH, JAMES H. HANCE, JR., ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY C. GLASSCOCK, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI, and RODNEY O'NEAL,<br><br>    Defendants,<br><br>  -and-<br><br>SPRINT NEXTEL CORP.,<br><br>    Nominal Defendant. | Civil Action No. 1:12-cv-04017-ALC-JCF<br><br>ECF Case Electronically filed<br><br>USDS SDNY<br>DOCU...<br>EL...<br>DO...<br>DATE FILED: 6/15/12 |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Evan M. Mendelson, for admission to practice pro hac vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia; and that his contact information is as follows:

  Evan M. Mendelson
  Williams & Connolly LLP
  725 Twelfth Street, N.W.
  Washington, DC 20005
  Telephone: (202) 434-5000

      Facsimile: (202) 434-5029
      E-Mail: emendelson@wc.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Sprint Nextel Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filling (ECF) system, counsel shall immediately apply for an ECF password. *Counsel shall remit the pro hac vice admission fee promptly.*

Dated: June 15, 2012

                                                    James C. Francis IV
                                                             U. S. M. J.