**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Itself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>            v.<br><br>DAN R. HESSE, et al.,<br><br>      Defendants. | Civil Action No. 1:12-cv-04017-ALC-JCF |

**NOTICE OF APPEARANCE OF COUNSEL**

TO:     The clerk of court and all parties of record:

Jeffrey C. Block, Esq., Whitney E. Street, Esq., and Steven P. Harte, Esq., are admitted to practice in this Court and appear in this case as counsel for Plaintiff Louisiana Municipal Police Employees' Retirement System.

Dated: August 2, 2012

Respectfully submitted,

/s/ Jeffrey C. Block _____
Jeffrey C. Block (JCB 0387)
Whitney E. Street (WES 2403)
Steven P. Harte (SPH 8484)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 1303
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jeff@blockesq.com
whitney@blockesq.com
steven@blockesq.com

*Counsel for Louisiana Municipal Police*
*Employees' Retirement System*