UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Louisiana Municipal Police Employees,

Retirement System,                                                    Notice of Court Conference

               Plaintiffs.,                                    12-CV-4017 (ALC)(JCF)

        -against-

Dan R. Hesse, et al.,

              Defendants.,
----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    A **TELEPHONE STATUS CONFERENCE** is scheduled for **October 5, 2012** at **11:00 a.m.** <u>Plaintiff's counsel is directed to initiate this call and conference in the Court at (212) 805-0280 after all relevant participants are on the line.</u>

    SO ORDERED.

Dated: New York, New York
       September 11, 2012

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-25-12