# MEMO ENDORSED

Jason M. Leviton | direct dial 617-398-5620 | e-mail: jason@blockesq.com

October 1, 2012

**By Email**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 725
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-2-12
```

Re:  Louisiana Municipal Police Employees' Retirement System v. Hesse et al.,
     Case No. 1:12-cv-04017-ALC-JCF

Dear Judge Carter:

I represent the Louisiana Municipal Police Employees' Retirement System ("LMPERS") in the above matter. I write this email on behalf of all parties to the litigation. The parties are in receipt of the Court's September 25, 2012 Order scheduling a telephone status conference for October 5, 2012 at 11:00AM and all parties are available for the conference. Per the Court's instruction, LMPERS will initiate the call with defendants and will conference in the Court thereafter.

The parties want to ensure that they are adequately prepared for the conference. In that regard, if there are particular topics that the Court would like to address during the conference, the parties respectfully request additional guidance in order to be fully prepared. Thank you.

Respectfully submitted,

*/s/ Jason M. Leviton/jam*
Jason M. Leviton

cc:  Counsel of Record (by email)

The telephone status conference will serve as a pre-motion conference, which is required under my Individual Rules before making a motion to dismiss. Please see Rule 2A & 2D.

**SO ORDERED:**

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE   10-2-12

**BLOCK & LEVITON LLP**
155 Federal Street, Suite 1303 • Boston, Massachusetts 02110
P 617 398 5600 • F 617 507 6020