# MEMO ENDORSED

Jason M. Leviton | direct dial 617-398-5620 |e-mail Jason@blockesq.com

October 10, 2012

**BY ELECTRONIC MAIL DELIVERY**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 725
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-11-12
```

RE: Louisiana Municipal Police Employees' Retirement System v. Hesse, et al.
Case No. 1:12-cv-04017-ALC-JCF

Dear Judge Carter:

I represent the Louisiana Municipal Police Employees' Retirement System ("LMPERS") in the above-matter. I am writing this email to request a slight modification to the briefing schedule on defendants' motions to dismiss because of obligations in other actions. This is the first request to modify the briefing schedule for said motion. The current briefing schedule was ordered by the Court on August 17, 2012 (Docket No. 26) during the pre-motion conference and is as follows:

| Event | Filing Deadline |
|---|---|
| Defendants' Motions to Dismiss Due | September 19, 2012 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss Due | October 18, 2012 |
| Defendants' Reply In Support of Their Motion to Dismiss Due | November 1, 2012 |

LMPERS now respectfully requests that the Court amend the briefing schedule as follows:

| Event | Filing Deadline |
|---|---|
| Defendants' Motions to Dismiss Due | September 19, 2012 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss Due | October 26, 2012 |
| Defendants' Reply In Support of Their Motion to Dismiss Due | November 16, 2012 |



**BLOCK & LEVITON LLP**     155 Federal Street, Suite 1303 • Boston, Massachusetts 02110
P 617 398 5600 • F 617 507 6020

Hon. Andrew L. Carter
October 10, 2012
Page 2 of 2

This modification has been assented to by defendants as it also provides them with additional time to file their reply brief. No other deadlines need to be modified at this time based on this request.

We appreciate the Court's time and consideration.

Respectfully submitted,

Jason M. Leviton

cc:   Counsel of Record (by email)

SO ORDERED, this 11 day of October, 2012

Hon. Andrew L. Carter, Jr.
United States District Judge