UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUISIANA MUNICIPAL POLICE
EMPLOYEE'S RETIREMENT SYSTEM,
Derivatively on behalf of itself, and All Others
Similarly Situated,

                Plaintiffs,

-against-

DAN R. HESSE, JOSEPH J. EUTENEUR,
ROBERT H. BRUST, PAUL N. SALEH,
JAMES H. HANCE, JR., ROBERT R.
BENNETT, GORDON M. BETHUNE,
LARRY C. GLASSCOCK, V. JANET HILL,
FRANK IANNA, SVEN-CHRISTER NILSSON,
WILLIAM R. NUTI, and RODNEY O'NEAL,

                Defendants.
   -and-

SPRINT NEXTEL CORP.,

                Nominal Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2013
```

12 **CIVIL** 4017 (ALC) (JCF)

**JUDGMENT**

       Defendants having moved to dismiss the Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Andrew L. Carter, Jr., United States District Judge, and the Court, on July 26, 2013, having rendered its Memorandum and Order granting Defendants' motion to dismiss; and since Plaintiffs cannot establish demand futility, dismissing the Complaint in its entirety, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 26, 2013, Defendants' motion to dismiss is granted; since Plaintiffs cannot establish demand futility, the Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
July 30, 2013

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____