UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Itself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DAN R. HESSE, JOSEPH J. EUTENEUR, ROBERT H. BRUST, PAUL N. SALEH, JAMES H. HANCE, JR., ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY C. GLASSCOCK, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI, and RODNEY O'NEAL,<br><br>Defendants,<br><br>-and-<br><br>SPRINT NEXTEL CORP.<br><br>Nominal Defendant. | **NOTICE OF APPEAL**<br><br>Civil Action No. 1:12-cv-04017-ALC-JCF<br><br>ECF Case Electronically Filed |

Notice is hereby given that Plaintiff Louisiana Municipal Police Employees' Retirement System ("Plaintiff") in the above-captioned action (the "Action"), hereby appeals to the United States Court of Appeals for the Second Circuit, from each and every part of the Order of the United States District Court for the Southern District of New York (Hon. Andrew L. Carter, Jr., U.S.D.C.), entered on July 26, 2013 (Docket No. 39) and Judgment entered on July 30, 2013 (Docket No. 40) in the Action, to the extent that the Court granted Defendants' motion to dismiss Plaintiff's Verified Shareholder Derivative Complaint filed April 30, 2012 (Docket No. 1) in its entirety.

| | |
|---|---|
| Dated: August 23, 2013 | **BLOCK & LEVITON LLP**<br><br>By    /s/ Jeffrey C. Block<br>Jeffrey C. Block (JB 0387)<br>Jason M. Leviton (admitted *pro hac vice*)<br>Whitney E. Street (WS 2403)<br>155 Federal Street, Suite 1303<br>Boston, MA 02110<br>Telephone: (617) 398-5600<br>Facsimile: (617) 507-6020<br>Jeff@blockesq.com<br>Jason@blockesq.com<br>Whitney@blockesq.com<br><br>*Attorneys for the Plaintiff Louisiana Municipal Police Employees' Retirement System* |