**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand thirteen,

1:12-cv-04017-ALC-JCF

Louisiana Municipal Police Employees' Retirement System, Derivatively on Behalf of Itself, and all others similarly situated,

ORDER
Docket No. 13-3206

    Plaintiff - Appellant,

v.

Dan R. Hesse, Joseph J. Euteneur, Robert H. Brust, Paul N. Saleh, James H. Hance, Jr., Robert N. Bennett, Gordon M. Bethune, Larry C. Glasscock, V. Janet Hill, Frank Ianna, Sven-Christer Nilsson, William R. Nuti, Rodney O'Neal,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/20/2013___

    Defendants - Appellees,

Sprint Nextel Corporation

    Nominal Defendant - Appellee.

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/20/2013